JOHN C. DEFRANCO, ESQ. ISB 4953
ELLSWORTH, KALLAS, TALBOY &
DEFRANCO, P.L.L.C.
1031 E. Park Blvd.
Boise, ID 83712
Phone: (208) 336-1843
Fax: (208) 345-8945

Attorney for Defendant/Jennifer Hartpence

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR No. 09-033-S-EJL |
| vs. ) | |
| ) | MOTION FOR PRETRIAL |
| ) | RELEASE FROM CUSTODY |
| JENNIFER HARTPENCE, ) | |
| aka JENNIFER ERICKSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, counsel for the above-named Defendant, JENNIFER HARTPENCE, requests she be released from the Canyon County Jail. She is currently detained as a federal inmate. The reason for her request is she has recently given birth to a baby. She is a breastfeeding mother who is utilizing a breast pump while incarcerated. The defense argues her release is important for the proper development of her baby. Furthermore, a series of tailored restrictions associated with her release should alleviate concerns associated with her inability to show up for court and her potential criminal behavior while she is released. The proposed conditions of release should be, but not necessarily be limited to that:

A) She maintain a safe and secure place to live;

B) She be subject to electronic monitoring;

C) She submit to random or directed evidentiary testing of her bodily fluids to determine the use of illegal drugs;

D) She remain in close and careful contact with pretrial services;

E) She refrain from the use of illegal drugs, alcohol and tobacco products;

F) Her travel be limited to either Canyon or Ada County;

G) She neither associate or have direct or indirect contact by any means with anyone who is a named party in this case, nor shall she have contact with any person(s) whom pretrial services deems contact should be prohibited;

H) She shall not tamper with or attempt to adulterate an evidentiary test of her bodily fluids, and;

I) She shall have no contact with the named victim of the offense in this above entitled action.

RESPECTFULLY submitted this 29th day of March, 2009.

LAW OFFICES OF ELLSWORTH,
KALLAS, TALBOY & DEFRANCO, P.L.L.C.


By_____/s/_____
John C. DeFranco,
Attorney For Defendant

CERTIFICATE OF MAILING

I hereby certify that on this 29th day of March 2009, a true and correct copy of the foregoing instrument was e-mailed ECF/CMF to the following:

    United States Attorney
    AUSA Wendy Olsen
    Washington Group Plaza
    Plaza IV, Suite 600
    800 Park Boulevard, Boise, ID 83712

_____/s/_____
John C. DeFranco