O PS 40
Rev. 06/05

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** Nick Nischik
U.S. Probation Office
550 W. Fort St., Suite 458
Boise, ID 83724

☒ Original Notice
Date: 04/16/2009
By: Nick Nischik

☐ Notice of Disposition
Date:
By:

---

Defendant   Jennifer J. Hartpence

Date of Birth: 12/05/1987

SSN: 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

Case Number:  CR 09-033-EJL-002

Place of Birth:  Idaho, United States

---

**Notice of Court Order**  (Order Date: 04/01/2009     )

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution :**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court