AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Idaho_____

| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
|---|---|
| V. | |
| JENNIFER HARTPENCE | CASE NUMBER:   1:09CR00033-002-EJL |

IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____*Edward J. Lodge*_____
Signature of Judge

_____Edward J. Lodge, United States District Judge_____
Name and Title of Judge

_____08/18/2009_____
Date